IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATHAN HAROLD CHISM                                                     PLAINTIFF
ADC #550129

V.                                    NO. 4:22-cv-01045-JM-ERE

DEXTER PAYNE and
JAMES GIBSON                                                           DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Chism's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Chism's claims against Defendant Dexter Payne are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief. The Clerk is instructed to terminate Dexter Payne as a party Defendant.

Mr. Chism's claims that Defendant Gibson violated: (1) his due process rights; (2) the Eighth Amendment; and (3) RFRA are also DISMISSED, without prejudice, based on his failure to state a plausible claim for relief.

IT IS SO ORDERED, this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE