IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NATHAN HAROLD CHISM**                                                                                   **PLAINTIFF**
**ADC #550129**

**V.**                        **NO. 4:22-cv-01045-JM-ERE**

**JAMES GIBSON**                                                                                            **DEFENDANT**

## <u>ORDER</u>

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court approves and adopts the Recommendation in all respects.

Defendant's motion to dismiss (*Doc. 11*) is GRANTED and judgment will be entered for Defendant.

IT IS SO ORDERED, this 21st day of February, 2023.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE