IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NATHAN HAROLD CHISM**                                                                 **PLAINTIFF**
**ADC #550129**

**V.**                          **NO. 4:22-cv-01045-JM-ERE**

**JAMES GIBSON**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Defendant. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 21st day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE