IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATHAN HAROLD CHISM                                                               PLAINTIFF
ADC #550129

V.                                      4:22CV01045 JM

JAMES GIBSON, Warden, Varner Unit,
Arkansas Department of Correction                                                 DEFENDANT

## ORDER

Pending is Plaintiff's motion for reconsideration. The Court has reviewed Plaintiff's motion for reconsideration, Plaintiff's objections (ECF No. 24), and the entire record de novo. Plaintiff has failed to present any information, evidence or new legal authority which would require the Court to reconsider the Order adopting the Magistrate's findings and recommendation. Therefore, the motion (ECF No. 25) is DENIED.

IT IS SO ORDERED this 11th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE